United States District Court
Southern District of Texas
**ENTERED**
April 30, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **JENNIFER RAMSEY,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:23-cv-1719 |
| § | |
| **SAN JACINTO COLLEGE DISTRICT,** § | |
| § | |
| **Defendant.** § | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered on April 30, 2025, it is hereby **ORDERED** that the Court **GRANTS** Defendant's First Amended Motion for Summary Judgment (ECF No. 28) and **DISMISSES** the action with prejudice.

Further, Defendant may file a Bill of Costs as permitted by Federal Rule of Civil Procedure 54(d)(1) and Local Rule 54.2 to recover court costs.

The case is hereby **DISMISSED WITH PREJUDICE**.

This is a final, appealable judgment.

**SIGNED** in Houston, Texas on April 30, 2025.

_____
Richard W. Bennett
United States Magistrate Judge